## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,

Respondent

v.

JOHN M. BLOUNT, PETITONER

: No. 223 EAL 2019
:
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 24th day of October, 2019, the Petition for Allowance of Appeal is **DENIED**.